UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE RONALD GUZMAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 09 CR 647 |
| v. ) | |
| ) | Violations: Title 18, United States Code, |
| ) | Sections 2251(a) and 2252A(a)(5)(B). |
| DARRICK C. BOROCZK ) | |

MAGISTRATE JUDGE DENLOW

**FILED**

J.N  AUG 2 7 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The SPECIAL JANUARY 2009 GRAND JURY charges:

On or about November 10, 2006, at Cook County, in the Northern District of Illinois, Eastern Division,

DARRICK C. BOROCZK,

defendant herein, used, persuaded, induced, and enticed a minor under the age of eighteen to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically, an image titled "IM005911.jpg," which visual depiction defendant knew and had reason to know would be transported in interstate commerce, which was actually transported in interstate commerce, and which was produced using materials that had been transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

The SPECIAL JANUARY 2009 GRAND JURY further charges:

On or about May 2, 2007, at Cook County, in the Northern District of Illinois, Eastern Division,

DARRICK C. BOROCZK,

defendant herein, used, persuaded, induced, and enticed a minor under the age of eighteen to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically, an image titled "IM006108.jpg," which visual depiction defendant knew and had reason to know would be transported in interstate commerce, which was actually transported in interstate commerce, and which was produced using materials that had been transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

The SPECIAL JANUARY 2009 GRAND JURY further charges:

On or about October 17, 2007, at Cook County, in the Northern District of Illinois, Eastern Division,

DARRICK C. BOROCZK,

defendant herein, used, persuaded, induced, and enticed a minor under the age of eighteen to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically, a video file titled "NVECapture.0002.mpg," which visual depiction was produced using materials that had been transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

The SPECIAL JANUARY 2009 GRAND JURY further charges:

On or about September 21, 2008, at Cook County, in the Northern District of Illinois, Eastern Division,

### DARRICK C. BOROCZK,

defendant herein, used, persuaded, induced, and enticed a minor under the age of eighteen to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically, a video filed titled "Video5.wmv," which visual depiction was produced using materials that had been transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FIVE

The SPECIAL JANUARY 2009 GRAND JURY further charges:

On or about July 30, 2009, in Wheeling, in the Northern District of Illinois, Eastern Division,

DARRICK C. BOROCZK,

defendant herein, knowingly possessed material, namely, a Maxtor DiamondMax 10 hard drive, serial number B616STEH, that contained still and video images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), such images having been produced using materials that had been shipped and transported in interstate commerce by any means;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2009 GRAND JURY further charges:

1. The allegations of Counts One through Five of this Indictment are realleged and incorporated by reference as though fully set forth herein for purposes of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. As a result of his violation of Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B), and as alleged in the foregoing Indictment,

DARRICK C. BOROCZK,

defendant herein, shall forfeit to the United States any and all interest in property that contains visual depictions and matter produced, transported, shipped, and received in violation thereof, and any and all property used and intended to be used to commit and to promote the commission of the aforementioned violations, including, but not limited to, the following items:

    (a)     seized personal computer including hard and zip drives;

    (b)     seized peripheral connecting cables and equipment;

    (c)     seized computer disks, including compact disks, floppy disks, and zip disks;

    (d)     seized digital cameras; and

    (e)     seized images.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY